# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:25-mj-26 |
| v. | **ORDER TO DISMISS** |
| **MASON LIEUALLEN,** | |
| **Defendant.** | |

Upon the motion of the government,

IT IS HEREBY ORDERED that complaint in the above-entitled case be dismissed without prejudice.

SO ORDERED this __24th__ day of March 2025.

_____ JVA
**JOHN V. ACOSTA**
United States Magistrate Judge

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

s/ *Adam E. Delph*
ADAM E. DELPH
Assistant United States Attorney

Order to Dismiss                                                                                             Page 1